# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 22, 2012

145028 & (21)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

DENNIS LaLONE and DIANNE LaLONE,
Co-Conservators of the Estate of Brandon
LaLone,
        Plaintiffs-Appellees,

v

RIEDSTRA DAIRY LTD.,
        Defendant-Appellant,
and

RT ENGINEERING LTD. f/k/a ROTA-TECH
DAIRY SHEDS INTERNATIONAL LTD., RT
INTERNATIONAL LTD. f/k/a ROTA-TECH
DAIRY SHEDS INTERNATIONAL LTD., RT
INSTALLATIONS LTD., and DeLAVAL, INC.,
        Defendants-Appellees.

SC: 145028
COA: 308207
St Joseph CC: 07-000914-NH

_____/

On order of the Court, the motion to expedite appeal is GRANTED. The application for leave to appeal the March 16, 2012 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

HATHAWAY, J., would deny leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 22, 2012

_____
Clerk

t0619